*So Ordered*
*Anne E. Thompson*
*USDJ*
*1/3/17*



RECEIVED

JAN 04 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

Zach Intrater/Daniel Shapiro
Assistant United States Attorneys

970 Broad Street, 7th floor
Newark, New Jersey 07102

973-645-2700
Fax: 973-645-2702

January 2, 2017

*Rescheduled to April 5, 2017 at 10:00 a.m.*

Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:   <u>United States v. Sat Verma, 13-325 (AET)</u>

Dear Judge Thompson:

    Sentencing for the above-referenced case is currently set for January 5, 2017. The parties submit this letter to jointly request adjournment of this sentencing because of certain issues relating to the PSR that need to be resolved prior to sentencing. The Government has been in touch with the United States Probation Office. The parties respectfully request approximately 90 days to work out any remaining issues.

                                    Respectfully submitted,

                                    PAUL J. FISHMAN
                                  United States Attorney

                                <u>S/   Zach Intrater</u>
                                By: Zach Intrater
                                    Daniel Shapiro
                                  Assistant U.S. Attorneys

cc:     Ravinder Bhalla, Esq.